# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00466-CV

**Frank Lopez, Appellant**

**v.**

**Karl G. Johnson, Jr.; D. Kevin Clarke; Joe Adam Lopez; Tina Dela Rosa and
Paula J. Salinas, Appellee**

### FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 83,128, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Frank Lopez filed his notice of appeal on August 16, 2007. On December 4, 2007, we informed Lopez that he must, on or before December 18, 2007, file a proper designation of the record, make arrangements for payment of the record, and notify this Court that he had done so. *See* Tex. R. App. P. 34.5(b)(2). On December 17, 2007, Lopez filed an amended motion to order submission of the clerk's record, which we overruled. On January 15, 2008, we informed Lopez a second time that he must file a proper designation of the record, make arrangements for payment of the record, and notify this Court that he had done so, imposing a deadline of January 28, 2008. We further informed Lopez that failure to do so would result in dismissal of his appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b). The deadline has passed, and we have received confirmation from the county clerk's office that Lopez has not paid for the record. Accordingly, we dismiss this appeal for want of prosecution.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   February 26, 2008